

**EXHIBIT 1**

Richelle Anderson <richelle@rjvlawfirm.com>

## Seraphine Warren-Begay- Levi discovery
2 messages

**Ryan Villa** <ryan@rjvlawfirm.com>  Mon, Feb 19, 2024 at 9:26 AM
To: Matthew
Cc: Elisa, Justine Fox-Young <justine@foxyounglaw.com>, Richelle Anderson <richelle@rjvlawfirm.com>

Matthew,

Can you agree to produce all of the discovery in the Brian Levi car jacking case? Unfortunately, our discovery motions deadline is today so we'll need some kind of response today or agreement to extend our motions deadline. My apologies for the late ask.

Levi's car jacking discovery is relevant because if he will be testifying in our trial on the heels of your office's dismissal of the case, we think this bears on his credibility.

Thank you,

Ryan J. Villa

**The Law Office of Ryan J. Villa**
5501 Eagle Rock Ave NE Suite C2
Albuquerque, NM 87113
Office: 505-639-5709
Fax:    505-433-5812
Email: ryan@rjvlawfirm.com

---

**McGinley, Matthew (USANM)** <​>  Mon, Feb 19, 2024 at 11:11 AM
To: Ryan Villa <ryan@rjvlawfirm.com>
Cc: "Dimas, Elisa (USANM)" , Justine Fox-Young <justine@foxyounglaw.com>, Richelle Anderson <richelle@rjvlawfirm.com>

Ryan,

Thank you for the email.

We will not be producing that material. With that said, I have no problem agreeing to an extension of the motions deadline. How long do you need?

Thanks,

Matt

[Quoted text hidden]