FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

NOV 2 3 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 22-1910 JB |
| | ) |
| vs. | ) 18 U.S.C. § 2119: Carjacking Resulting in |
| | ) Serious Bodily Injury; 18 U.S.C. § 2: |
| **BRIAN LEVI** and | ) Aiding and Abetting. |
| **DARYL LEVI**, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

On or about May 17, 2020, in San Juan County, in the District of New Mexico, the

defendants, **BRIAN LEVI** and **DARYL LEVI**, with the intent to cause death and serious

bodily injury, took a motor vehicle, that is a 2007 Ford Focus, that had been transported,

shipped, and received in interstate commerce, from the person and presence of John Doe, by

force, violence, and intimidation, resulting in serious bodily injury to John Doe.

In violation of 18 U.S.C. § 2119 and 18 U.S.C. § 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

GOVERNMENT
EXHIBIT
1

U.S. v. Nelton Bekay, et al  0943