IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 5 2024

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Cr. No. 22-CR-1910-JB |
| BRIAN LEVI, ) | |
| Defendant. ) | |

## ORDER DISMISSING INDICTMENT

THIS MATTER having come before the Court on the Motion of the United States, and the Court having read the Motion, and being advised that counsel for the defendant does not oppose the Motion, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that this cause is hereby dismissed, and the defendant be released from federal custody.

_____
HON. JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Submitted by:

Mark A. Probasco
Assistant United States Attorney

Approved via email by:

Noah Gelb
Counsel for the Defendant

U.S. v. Nelton Bekay, et al._1204

GOVERNMENT EXHIBIT
5